

MINUTES:

Court Reporter: Robin Dispenzieri
CRD: Ivan Marchena

*Hearing held.
*Both defendants submitted a motion to the Court requesting another CJA attorney be appointed in their case. The Court granted their requests.
*A new order appointing counsel will follow.
*Trial is continued to October 16, 2006. Calendar call is reset to October 11, 2006 at 3pm.