UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20226-CR-MGC

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUILLERMO SANCHEZ SALAZAR
MAYNOR AGUILAR HERRERA,

        Defendants.

MIAMI, FLORIDA
NOVEMBER 20, 2006

MONDAY — 9:30 a.m.

*212 pgs*

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

DAY 5

APPEARANCES:

FOR THE GOVERNMENT:

    ALEJANDRO SOTO, A.U.S.A.
    ALICIA SHICK, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9012

FOR THE DEFENDANT HERRERA:

    JASON KREISS, ESQ.
    1824 S.E. 4th Avenue
    Fort Lauderdale, FL  33316

FOR THE DEFENDANT SALAZAR:

    GENNARO CARIGLIO, JR., ESQ.
    10800 Biscayne Boulevard
    Miami, FL  33161