UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20226-CR-MGC

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUILLERMO SANCHEZ SALAZAR
MYNOR AGUILAR HERRERA,

        Defendants.

MIAMI, FLORIDA
JANUARY 24, 2007
WEDNESDAY - 1:30 p.m.

<u>TRANSCRIPT OF</u> SENTENCING PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

    ALEJANDRO SOTO, A.U.S.A.
    ALICIA SHICK, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9012

FOR THE DEFENDANT:

    JASON KREISS, ESQ.
    1824 S.E. 4th Avenue
    Fort Lauderdale, FL  33316

FOR THE DEFENDANT:

    GENNARO CARIGLIO, JR., ESQ.
    10800 Biscayne Boulevard
    Miami, FL  33161

REPORTED BY:

    ROBIN M. DISPENZIERI, RPR
    *Official Federal Court Reporter*
    301 North Miami Avenue, 6TH Floor
    Miami, FL  33128 - 305/523-5158

REC'D by HH D.C. APPEALS  APR 16 2007  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA. - MIAMI