FILED by H.H. D.C.
APPEALS

FEB 25 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20226-CR-MGC

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUILLERMO SANCHEZ SALAZAR,
MYNOR HERRERA AGUILAR,

    Defendant.

MIAMI, FLORIDA
SEPTEMBER 1, 2006

---

TRANSCRIPT OF CALENDAR CALL
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    KAREN GILBERT, A.U.S.A.
    8245 N.W. 53rd Street, Ste. 101
    Miami, FL  33166    305/597-2096

FOR THE DEFENDANT:

    HECTOR DOPICO, A.F.P.D.
    *Federal Public Defender's Office*
    150 West Flagler Street
    Miami, FL  33130      305/536-6900
                     (Fax) 305/530-7120

    BARRY BUTIN, ESQ.
    100 SE 12th Street
    Fort Lauderdale, FL  33316    954/463-7437

REPORTED BY:

    ROBIN MARIE DISPENZIERI, RPR
    *Official Federal Court Reporter*
    United States District Court
    301 North Miami Ave., 6th Floor
    Miami, FL  33128 - 305/523-5158